# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ERMA MCMILLAN, | : | No. 107 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DELAWARE COUNTY COURT OF | : | |
| COMMON PLEAS HONORABLE JUDGE | : | |
| BARRY C. DOZOR, (OFFICIALLY), | : | |
| PROTHONOTARY MARY WALK, | : | |
| (OFFICIALLY), AND NATIONSTAR | : | |
| MORTGAGE COMPANY LLC | : | |
| (INDIVIDUALLY), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2024, the Petition for Writ of Mandamus is DENIED, and the Prothonotary is DIRECTED to strike the name of the jurist from the caption.

Justice McCaffery did not participate in the consideration or decision of this matter.